UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EDWARD HOLZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT E. MCFADDEN, et al.,<br><br>　　　　　Defendants. | Case No.  CV 07-1410-DSF (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

　　　　　　　8/5/10
　　　DATED: _____.



　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　_____
　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Holz Judgment.wpd