UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EDWARD HOLZ, | ) CASE NO. ED CV 07-1410-DSF(PJW) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ROBERT E. MCFADDEN, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge and has considered *de novo* the portions of the Final Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and accepts its findings and conclusions.

DATED: July 19, 2011

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE