UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY EDWARD HOLZ, | ) | Case No. ED CV 07-1410-DSF (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ROBERT E. MCFADDEN, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 19, 2011

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE